```
                    UNITED STATES DISTRICT COURT
                       DISTRICT OF NEW JERSEY
```

RICHARD NEWMAN, et al.,           :     Civil Action No. 06-1007(WHW)

    Plaintiffs,                :

        v.                       :     **ORDER SETTING CONFERENCE**

GEM RECOVERY SYSTEMS LLC,         :

    Defendant.                 :


It is on this 28th day of FEBRUARY, 2007,

ORDERED that a status conference be conducted at 9:30 A.M. on MAY 21, 2007. Pending motion for summary judgment dismissed without prejudice. Plaintiffs to be given information on number of letters identical to that in issue that were sent during class period as well as documents, etc., on plaintiffs. Defendants to be given information on Allied Brokerage and phone numbers in plaintiffs' home office as well as telephone records and Schedules A and B during class period. To be completed by MAY 4, 2007.


                                                      s/Ronald J. Hedges
                                                    RONALD J. HEDGES
                                                    UNITED STATES MAGISTRATE JUDGE

Orig.:   Clerk
        U.S.D.J.
        File