UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| RICHARD NEWMAN and ANN NEWMAN, H/W, on behalf of themselves and all others similarly situated,<br><br>plaintiffs,<br><br>v.<br><br>GEM RECOVERY SYSTEMS, LLC,<br><br>defendant. | Case No. 06 CV 1007 (WHW)<br><br>**STIPULATION OF DISMISSAL** |

Plaintiffs Richard Newman and Ann Newman and defendant Awar Holdings, Inc. d/b/a Gem Recovery Systems, by their undersigned counsel, hereby stipulate and agree, pursuant to Fed.R.Civ.P. 41(a), as follows:

1. No class has been certified in this action pursuant to Fed.R.Civ.P. 23.

2. This action is dismissed with prejudice and without costs.

Dated: September 6, 2007

**FRANCIS & MAILMAN, PC**
*Counsel to Plaintiffs*

By: /s/ John Soumilas
John Soumilas
100 South Broad Street, 19th Floor
Philadelphia, Pennsylvania 19110
(215) 735-8600

**SEIDMAN & PINCUS, LLC**
*Counsel to Defendant*

By: /s/ Andrew Pincus
Andrew Pincus (AP9295)
777 Terrace Avenue, 5th Floor
Hasbrouck Heights, New Jersey 07604
(201) 473-0047